1 | BENJAMIN B. WAGNER
United States Attorney
2 | JEREMY J. KELLEY
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700
Facsimile: (16) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

DEC 17 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0236 JAM |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| NELLI KESOYAN | (UNDER SEAL) |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Jeremy J. Kelley to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 12/17/15

_____
ALLISON CLAIRE
United States Magistrate Judge

Order to Seal Indictment