1  BENJAMIN B. WAGNER
   United States Attorney
2  JEREMY J. KELLEY
   JARED C. DOLAN
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 2:15-CR-00236-JAM

12                  Plaintiff,            STIPULATION AND PROTECTIVE ORDER

13          v.                            DATE: December 21, 2015
                                          COURT: Hon. Kendall J. Newman
14  NELLIE KESOYAN,

15                  Defendants.

16

17         Plaintiff United States of America, by and through its attorney of record, Assistant United States

18  Attorney Jeremy J. Kelley, and defendant Nellie Kesoyan, by and through her counsel of record, Alan J.

19  Donato, hereby stipulate as follows:

20         1. The discovery in this case is several hundred pages, and contains personal information

21  including, but not limited to, social security numbers, dates of birth, telephone numbers, email

22  addresses, and medical information (hereinafter "Protected Information").

23         2. In the absence of a protective order, numerous redactions would be necessary to avoid the

24  unauthorized disclosure or dissemination of Protected Information to individuals not party to the court

25  proceedings in this matter. It is possible, given the nature of the evidence, that there may be Protected

26  Information that is inadvertently omitted during the redaction process.

27         3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant

28  to Rule 16(d) of the Federal Rules of Criminal Procedure and the Court's general supervisory authority.

STIPULATION AND [PROPOSED]         1
PROTECTIVE ORDER

4. The Protective Order applies to all discovery containing Protected Information, including discovery that may be forthcoming.  Discovery that does not contain Protected Information is not subject to the Protective Order.

5. Defense counsel shall not give documents that contain Protected Information (or copies of such documents) to any person other than counsel's staff, investigator(s), or retained expert(s) (hereinafter "Defense Team").  The terms "staff," "investigator," and "expert" shall not be construed to describe the defendant, or other person not:  (1) regularly employed by counsel, or (2) licensed as an investigator, or (3) retained as an expert.  The Defense Team shall not provide to any person copies or documents unless Protected Information has been redacted.

6. The defendant may review the Protected Information and be aware of its contents, but neither defense counsel nor the Defense Team shall provide copies of Protected Information to the defendant or allow the defendant to copy documents contacting Protected Information.  Counsel may provide the defendant with copies of documents from which Protected Information has been redacted.

7. Social security numbers, birth dates, and residential addresses made in all public filings shall be made pursuant to Federal Rule of Criminal Procedure 49.1.

8. Nothing in this stipulation will be construed to prevent defense counsel, and the Defense Team a reasonable opportunity to prepare.

9. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this order.

///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] PROTECTIVE ORDER

2

1   IT IS SO STIPULATED.

3   Dated: December 21, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney

                                        By:     /s/ Jeremy J. Kelley
                                                JEREMY J. KELLEY
                                                Assistant U.S. Attorney


                                        By:     /s/ Jeremy J. Kelley   for
                                                ALAN J. DONATO
                                                Counsel for Nellie Kesoyan


ORDER

For good cause shown, the stipulation of counsel in criminal case no. 2:15-CR-00236-JAM is approved and so ordered

Dated: December 21, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]            3
PROTECTIVE ORDER