**FILED**
December 21, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NELLI KESOYAN, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:15-cr-00236-JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Nelli Kesoyan</u>; Case <u>2:15-cr-00236-JAM</u> from custody and for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of _____

     _X_  Unsecured Appearance Bond in the amount of <u>$25,000.00, co-signed by Grigor Kesoyan</u>

     __   Appearance Bond with 10% Deposit

     __   Appearance Bond secured by Real Property

     __   Corporate Surety Bail Bond

     _X_  (Other) <u>Pretrial Supervision/Conditions:</u>

Issued at <u>Sacramento, CA</u> on <u>12/21/2015</u> at 2:40 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge