PHILLIP A. TALBERT
Acting United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NELLI KESOYAN, GRIGOR KESOYAN, AND VANIK MOVSESYAN,<br><br>Defendants. | CASE NO. 2:15-CR-00236-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 9, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Jeremy J. Kelley, defendant Nelli Kesoyan, by and through her counsel of record, Alan Donato, and defendant Grigor Kesoyan, by and through his counsel of record, Sean Riordan, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation hearing on September 9, 2016.

2. A Superseding Indictment was filed on September 1, 2016. ECF No. 30.

3. Defendants Nelli Kesoyan and Grigor Kesoyan were arraigned on the Superseding Indictment on September 2, 2016. ECF Nos. 31, 32. Defendants were ordered to appear before the Honorable Judge Garland E. Burrell, Jr., on September 9, 2016, for further status.

4. By this stipulation, defendants now move to vacate the trial confirmation and status hearing set for September 9, 2016, and the trial date currently set for October 18, 2016.

5. By this stipulation, the parties move the Court to set this matter for a status conference on October 28, 2016, and to exclude time between September 9, 2016, and October 28, 2016, under Local Code T4.

6. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 4,000 pages of documents and two hours of audio and video recordings. All of this discovery has been either produced directly to counsel, will be produced shortly, or has been made available for inspection and copying.

   b) Counsel for defendants desire additional time to review this material, consult with their clients, and conduct preliminary investigation and research related to the charges alleged in the Superseding Indictment.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to vacating the currently scheduled hearing and trial dates and setting this matter for further status.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2016 to October 28, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 2, 2016       PHILLIP A. TALBERT
                                Acting United States Attorney

                                /s/ JEREMY J. KELLEY
                                JEREMY J. KELLEY
                                Assistant United States Attorney

Dated:  September 2, 2016       /s/ ALAN J. DONATO
                                ALAN J. DONATO
                                Counsel for Defendant
                                NELLI KESOYAN

Dated:  September 2, 2016       /s/ SEAN RIORDAN
                                SEAN RIORDAN
                                Counsel for Defendant
                                GRIGOR  KESOYAN

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 7, 2016

                                _____
                                GARLAND E. BURRELL, JR.
                                Senior United States District Judge