PHILLIP A. TALBERT
Acting United States Attorney
JARED C. DOLAN
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NELLI KESOYAN, GRIGOR KESOYAN, and VANIK MOVSESYAN<br><br>Defendants. | CASE NO. 2:15-CR-00236-JAM<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Jeremy J. Kelley, and defendant Grigor Kesoyan, by and through his undersigned counsel of record, Sean Riordan, hereby stipulate as follows:

1. The discovery in this case includes approximately four thousand pages of documents, which contain personal information including, but not limited to, social security numbers, dates of birth, telephone numbers, email addresses, and medical information (hereinafter "Protected Information").

2. In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter. It is possible, given the nature of the evidence, that there may be Protected Information that is inadvertently omitted during the redaction process.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

1

1  to Rule 16(d) of the Federal Rules of Criminal Procedure and the Court's general supervisory authority.

2      4. The Protective Order applies to all discovery containing Protected Information, including
3  discovery that may be forthcoming.  Discovery that does not contain Protected Information is not subject
4  to the Protective Order.

5      5. Defense counsel shall not give documents that contain Protected Information (or copies of
6  such documents) to any person other than counsel's staff, investigator(s), or retained expert(s)
7  (hereinafter "Defense Team").  The terms "staff," "investigator," and "expert" shall not be construed to
8  describe the defendant, or other person not:  (1) regularly employed by counsel, or (2) licensed as an
9  investigator, or (3) retained as an expert.  The Defense Team shall not provide to any person copies or
10 documents unless Protected Information has been redacted.

11     6. The defendant may review the Protected Information and be aware of its contents, but neither
12 defense counsel nor the Defense Team shall provide copies of Protected Information to the defendant or
13 allow the defendant to copy documents contacting Protected Information.  Counsel may provide the
14 defendant with copies of documents from which Protected Information has been redacted.

15     7. Social security numbers, birth dates, and residential addresses made in all public filings shall
16 be made pursuant to Federal Rule of Criminal Procedure 49.1.

17     8. Nothing in this stipulation will be construed to prevent defense counsel, and the Defense
18 Team a reasonable opportunity to prepare.

19     9. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to
20 withhold documents containing Protected Information from new counsel unless and until substituted
21 counsel agrees also to be bound by this order.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND [PROPOSED] PROTECTIVE ORDER

2

IT IS SO STIPULATED.

Dated: September 19, 2016  　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　By:　　/s/ JEREMY J. KELLEY
　　　　　　　　　　　　　　　　　　　JEREMY J. KELLEY
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


　　　　　　　　　　　　　　　　By:　　/s/ JEREMY J. KELLEY FOR
　　　　　　　　　　　　　　　　　　　SEAN RIORDAN
　　　　　　　　　　　　　　　　　　　Counsel for Grigor Kesoyan


ORDER

For good cause shown, the stipulation of counsel in criminal case no. 2:15-CR-00236-JAM is approved and so ordered.

Dated: September 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE