Kresta Nora Daly, SBN 199689
Berit Lynn Elam, SBN 307389
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
VANIK MOVSESYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00236-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| VANIK MOVSESYAN, NELLI KESOYAN, and GRIGOR KESOYAN | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jeremy J. Kelley, and defendants Nelli Kesoyan, Grigor Kesoyan and Vanik Movsesyan, by and through their counsel of record, Alan Donato, Sean Riordan and Kresta Daly, respectively, hereby stipulate as follows:

1. On December 17, 2015 a single count indictment was returned against Nelli Kesoyan charging a violation of 18 USC 2073, false entries. Ms. Kesoyan was arraigned on December 21, 2015. On that same date AUSA Jeremy Kelley filed a stipulation and request for a protective order which was subsequently signed by Judge Newman. The protective order prevented defense counsel from providing copies of the discovery to the defendant because of the personal identifying information contained in the discovery.

2. On September 1, 2016 a superceding indictment was returned charging Nelli Kesoyan,

Grigor Kesoyan and Vanik Movsesyan. All three defendants were charged in Count One with violations of 18 USC 371, conspiracy to make false statements in a matter relating to naturalization and citizenship. Nelli Kesoyan was charged in Count Two with a violation of 18 USC 2073, false entries. Nelli and Grigor Kesoyan were charged in Count Three with a violation of 18 USC 1512(b), witness tampering.

3. Grigor Kesoyan appeared in court on September 2, 2016. Vanik Movesyan appeared in court on October 7, 2016. Subsequent Protective Orders were filed and signed. ECF Nos. 44, 55. Those Protective Orders were substantively the same as the one filed in December 2015, however these new protective orders added Grigor Kesoyan and Vanik Movsesyan as parties.

4. The United States initially sought a protective order because the discovery contains a significant amount of personal identifying information, including but not limited to social security numbers, dates of birth, telephone numbers, email addresses and medical information (hereinafter "Protected Information"), particularly in regard to Vanik Movsesyan. Mr. Movsesyan was not a party when the case was initially indicted and a protective order was appropriate.

5. By this stipulation, the parties jointly request the Court modify certain portions of the protective orders. Specifically, defense counsel are permitted to give documents or copies of documents containing Protected Information to the defendants so long as the Protected Information belongs to Nelli Kesoyan, Grigor Kesoyan and/or Vanik Movsesyan.

6. Defense counsel may not provide copies of Protected Information to a defendant or allow a defendant to copy documents with the Protected Information of any individual other than the defendants in this case. Counsel may provide defendants with copies of documents from which Protected Information has been redacted.

7. All other portions of the initial Protective Orders remain in effect.

It is so stipulated.

Dated: January 9, 2017.        By:      /s/ Jeremy J. Kelley
                                        JEREMY J. KELLEY
                                        Assistant United States Attorney

| | | |
|---|---|---|
| 1 | Dated: January 9, 2017. | By: /s/ Alan J. Donato |
| 2 | | ALAN J. DONATO<br>Attorney for NELLI KESOYAN |
| 3 | Dated: January 9, 2017. | By: /s/ Sean Riordan |
| 4 | | SEAN RIORDAN<br>Attorney for GRIGOR KESOYAN |
| 5 | Dated: January 9, 2017. | BARTH DALY LLP |
| 6 | | By: /s/ Kresta Nora Daly |
| 7 | | KRESTA NORA DALY<br>Attorney for VANIK MOVSESYAN |

**ORDER**

For good cause shown, the stipulation of counsel in criminal case no. 2:15-CR00236-GEB is approved and so ordered.

Dated: January 10, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE