Kresta Nora Daly, SBN 199689
Berit Lynn Elam, SBN 307389
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
VANIK MOVSESYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VANIK MOVSESYAN,<br><br>Defendant. | Case No. 2:15-CR-00236-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jeremy J. Kelley, and defendants Nellie Kesoyan and Vanik Movsesyan, by and through their counsel of record, Alan Donato and Kresta Daly, respectively, hereby stipulate as follows:

1. The parties previously stipulated to a filing schedule for Rule 12 motions.

2. The parties now wish to amend the filing dates and proposed hearing date.

3. The parties request the following deadlines for filing motions:

    Defense files its briefs:  March 24, 2017

    Government response:  April 7, 2017

    Defense reply: April 14, 2017.

4. The parties request a hearing on the motions on April 28, 2017.

5. The parties further request the Court vacate the March 10, 2017 hearing date.

Dated: January 30, 2017.   By:      /s/ Jeremy J. Kelley
                                                                   JEREMY J. KELLEY
                                                                   Assistant United States Attorney

Dated: January 30, 2017.   By:      /s/ Alan J. Donato
                                                                   ALAN J. DONATO
                                                                   Attorney for NELLI KESOYAN

Dated: January 30, 2017.   BARTH DALY LLP

                                                 By:      /s/ Kresta Nora Daly
                                                                   KRESTA NORA DALY
                                                                   Attorney for VANIK MOVSESYAN

## **ORDER**

It is so ordered.

Dated: February 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge