UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NELLI KESOYAN,<br><br>　　　　Defendant. | No. 2:15-cr-236-GEB<br><br>**RESPONSE TO REQUESTS FOR IN LIMINE RULINGS** |

Defendant Nelli Kesoyan filed what she categorizes as motions in limine, seeking the following: (1) to exclude statements Defendant made to law enforcement officers during interrogations, ECF No. 118; (2) to exclude statements of a specific witness if said witness is unavailable to testify at trial, ECF No. 119; and (3) to exclude all evidence relating to Defendant's termination from her place of employment, ECF No. 120. The United States of America filed the following six motions in limine: (1) to exclude evidence relating to an alibi defense, ECF No. 123; (2) to exclude evidence of a duress defense, ECF No. 124; (3) to exclude prior statements made by Defendant, unless Defendant testifies, ECF No. 125; (4) to exclude evidence and argument related to a jury nullification defense, ECF No. 126; (5) to preclude admission of reciprocal discovery not produced by the defense, ECF No. 127; and (6) to preclude use of, reference to, and eliciting testimony of

1

improper impeachment evidence during questioning of a specific witness, ECF No. 128.

The referenced motions, except for Defendant's motion to exclude her statements made to law enforcement officers (ECF No. 118), are denied since the motions do not present concrete enough controversies to warrant in limine rulings. Defendant's motion to exclude her statements to law enforcement officers during interrogations is an untimely suppression motion that was not filed before expiration of the prescribed deadline issued under Federal Rule of Criminal Procedure 12, and is therefore is denied.

Dated: January 11, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge