UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NELLI KESOYAN,<br><br>    Defendant. | No. 2:15-cr-236-GEB<br><br>**ORDER** |

On January 13, 2018, the United States of America filed a motion, seeking "(1) leave of this Court to file a motion in limine past the January 5, 2018 deadline in the Trial Confirmation Order (dkt. 113)[;] and (2) [for] an order [authorizing] the government to admit the prior statements of Razmik Bagdasaryan ("Bagdasaryan" or "Razmik") at the trial of defendant Nelli Kesoyan, pursuant to Federal Rule of Evidence 804(b)(6)." Gov't Mot. 1:19-22, ECF No. 141 (footnotes omitted). Concerning the first request, the United States provides information showing that "on December 8, 2017, Razmik Bagdasaryan boarded a flight from Sacramento to Armenia on a one-way ticket without advising the government or his own attorney." Id. at 2:5-6. The United States explains it did not become aware of its need to make its instant request under Federal Rule of Evidence 804(b)(6) until "the afternoon of January 10, 2018" following an interview with Bagdasaryan's daughter, Hasmik. Id. at 2:3-4.

1

Federal Rule of Evidence 804(b)(6) authorizes use of statements "against a party if that party wrongfully or acquiesced in wrongfully causing . . . the declarant's unavailability as a witness, and did so intending that result." The United States explains: "When [Hasmik was] asked where her father was, Hasmik stated that he had gone to Los Angeles, having left a couple of days prior to the interview (or around January 8, 2018)[, and w]hen [she was] asked when her father would be returning, she stated that she did not know, but probably in a couple of days." Id. at 9:26-10:1. The United States explains in light of Hasmik's statements, investigators began trying to ascertain Bagdasaryan's whereabouts and discovered his departure to Armenia during the prior month. Id. at 10:10-11:15. The United States motion also includes other assertions supporting its request to file its untimely motion in limine. Therefore, the United States motion is granted and the motion filed on January 13, 2018 is considered timely on the date it was filed.

Defendant has leave to respond to the government's Motion in Limine to Admit Prior Statements of Razmik Bagdasaryan at Trial, ECF No. 141, no later than 12:00 p.m. (noon) on Thursday, January 18, 2018. Any reply shall be filed by 4:30 p.m. on January 18, 2018.

Dated: January 16, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge