MCGREGOR W. SCOTT
United States Attorney
JEREMY J. KELLEY
NIRAV K. DESAI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0236 GEB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING COUNT THREE OF THE SUPERSEDING INDICTMENT |
| v. | |
| NELLI KESOYAN, | |
| Defendant. | |

The Court HEREBY GRANTS the United States of America's motion to dismiss count three of the superseding indictment, charging witness tampering in violation of 18 U.S.C. § 1512(b), as to defendant Nelli Kesoyan. Fed. R. Crim. P. 48(a). Count three of the superseding indictment is dismissed without prejudice as to defendant Nelli Kesoyan.

IT IS SO ORDERED.

Dated: January 18, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge