UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-236-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| NELLI KESOYAN, | |
| Defendant. | |

On January 29, 2018, the United States of America filed a "Request for Amended Closing Jury Instruction No. 19." ECF No. 178. The proposed changes are consistent with the subject charges in the Superseding Indictment, ECF No. 30, and with the statute under which Defendant was indicted. Therefore, the proposed changes are adopted and are included in the version of Instruction No. 19 attached hereto, with the understanding that if Defendant desires to discuss any change Defendant shall respond as soon as feasible.

Dated: January 30, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

INSTRUCTION NO. 19

The defendant is charged in Count Two of the superseding indictment with making false entries in government records in violation of Section 2073 of Title 18 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant was an employee of the United States or any of its agencies, charged with the duty of keeping accounts or records of any kind;

Second, between on or about September 18, 2014, and on or about September 24, 2014, the defendant made in any such account or record any false or fictitious entry or record of any matter relating to or connected with her duties; and

Third, the defendant created the entry or record with the intent to deceive or mislead.

The words "deceive" and "mislead" have their common meaning.