Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
Rebecca L. Ferguson (SBN 307170)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com
rferguson@segal-pc.com

Attorneys for Defendant
NELLI KESOYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NELLI KESOYAN,<br><br>Defendant. | Case No: 2:15-CR-00236 GEB<br><br>**REQUEST FOR MODIFICATION OF JUDGMENT AND COMMITMENT; ORDER** |

Defendant, Nelli Kesoyan, by and through her attorney of record, Malcolm Segal, hereby requests that the Court modify its stated Judgment dated April 27, 2018, only to the extent that it granted Defendant's request that the Court recommend confinement to the Camp at Victorville California. The Court accepted the Defendant's request but only insofar as it was in accord with the Defendant's security classification and space availability. No written Judgment and Commitment has yet been issued or filed by the Court.

The Defendant now requests that, in order to permit her family to more readily visit her while she is in custody, the Court modify its Judgment and Commitment only to the extent that confinement is recommended at the Camp at Dublin California, but only insofar as this accords with the Defendant's security classification and space availability.

The government, through its attorney of record, Assistant United States Attorney Jeremy Kelly, opposes the modification, made four days after Judgment was pronounced, on jurisdictional grounds, believing *United States v. Ceballos*, 671 F.3d 852 (9th Cir. 2011) does not permit the modification.

Dated: May 2, 2018. **SEGAL & ASSOCIATES, PC**

By: _____
MALCOLM SEGAL
Counsel for Defendant
NELLI KESOYAN

Modification of placement recommendation

The Court hereby modifies its placement recommendation and recommends that the Defendant Nelli Kesoyan be confined at the Bureau of Prisons Camp at Dublin California, but only insofar as this accords with the Defendant's security classification and space availability.

So ordered.

Dated: May 4, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge