KAREN L. LANDAU, ESQ., C.S.B. 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)

Email: karenlandau@karenlandau.com

Attorney for Defendant Nelli Kesoyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NELLI KESOYAN,<br><br>    Defendant. | ORDER<br><br>15-CR-236-JAM |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Karen L. Landau is appointed under the Criminal Justice Act to represent defendant Nelli Kesoyan in connection with the preparation and presentation of a motion for reduction in sentence pursuant to the First Step Act and 18 U.S.C. § 3582.

                                              /s/ John A. Mendez_____
                                              JOHN A. MENDEZ
                                              United States District Court Judge